IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 18-62649-jwc |
| Monica Lakisha Duggins § | CHAPTER 13 |
| § | |
| Debtor § | |
| | |
| Carvana, LLC § | CONTESTED MATTER |
| § | |
| Respondent § | |
| v. § | |
| Monica Lakisha Duggins, Debtor § | |
| § | |
| Nancy J. Whaley, Trustee § | |
| § | |
| § | |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC (Carvana) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

The Debtor's plan lists the creditor as Bridgecrest when the contract and Certificate of Title reflects Carvana, LLC as the creditor.

2.

Carvana, holds a first priority lien on the Certificate of Title to the Debtor's 2016 Chevrolet Equinox FWD4CFFV, VIN: 2GNALCEK5G6198591.

3.

The subject vehicle was purchased on 06/05/2017, which is within 910 days of the filing of the within case and should be paid in full pursuant to 11 U.S.C Section 1325(a)(9).

4.

The Debtor's plan estimates Carvana's claim in the amount of $20,432.00 with interest rate at 6.00% monthly payments in the amount of $50.00, increasing to $520.00 in 1/2020.

5.

Carvana is entitled to have its claim in the amount $20,778.29, paid as fully secured. The contractual interest rate is 19.64%.

6.

The Debtor's proposed monthly payment and interest rate are insufficient to provide Carvana, with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This October 9, 2018

Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Monica Lakisha Duggins
4099 Robin Circle
Atlanta, GA 30349

Bobby Shane Palmer
The Semrad Law Firm
303 Perimeter Center North, Suite 201
Atlanta, GA 30346

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

       This October 9, 2018

                                    **/s/ Richard B. Maner**
                                    Richard B. Maner, GA Bar No. 486588
                                    Attorney for Respondent
                                    5775 Glenridge Drive, Building D, Suite 100
                                    Atlanta, GA  30328
                                    Phone: (404) 252-6385, Fax: (404) 252-6394
                                    Email: rmaner@rbmlegal.com

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 2GNALCEK5G6198591 | CHEVROLET | 2016 | MULTI-PURPOSE V | EQUINOX LT | 4 | 06/29/2017 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR |
|---|---|---|---|---|---|---|
| 06/03/2017 | GASOLINE | USED | 028049 | 20151201 / CA | 1 | GRY / GRY |

**OWNER**
MONICA LAKISHA DUGGINS
4099 ROBIN CIR
ATLANTA GA 30349-1662

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:
CARVANA LLC
PO BOX 29002
PHOENIX AZ 85038-9002

**1ST LIEN OR SECURITY INTEREST**
CARVANA LLC
PO BOX 29002
PHOENIX AZ 85038-9002

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The G... ificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

*Lynnette T. Riley*
STATE REVENUE COMMISSIONER

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |